**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| James and Cynthia Groves (h/w) | : | CIVIL ACTION |
| | : | Docket No.: 3:18-cv-13005 |
| Plaintiffs, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| Walmart Stores, Inc. and | : | |
| Walmart Stores East, L.P. | : | |
| | : | |
| Defendants. | : | |

*TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:*

I am admitted or otherwise authorized to practice in this court. Kindly enter my appearance on behalf of Plaintiff's James and Cynthia Groves, in the above captioned matter.

                                                  **LAW OFFICES OF ROBERT A. STUTMAN, P.C.**

Date: 2/21/2020               By: _____
                                                    Jordan S. Friter, Esquire; NJ 012902008
                                                    Law Offices of Robert A. Stutman, P.C.
                                                    500 Office Center Drive, Suite 301
                                                    Fort Washington, PA 19034
                                                    Phone: (215) 283-1177
                                                    Fax:   (215-283-1188
                                                    E-Mail: friterj@stutmanlaw.com
                                                    *Attorneys for Plaintiffs James and Cynthia Groves*

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| James and Cynthia Groves (h/w) : | CIVIL ACTION |
| : | Docket No.: 3:18-cv-13005 |
| Plaintiffs, : | |
| : | JURY TRIAL DEMANDED |
| v. : | |
| : | |
| Walmart Stores, Inc. and : | |
| Walmart Stores East, L.P. : | |
| : | |
| Defendants. : | |

**CERTIFICATE OF SERVICE**

I, Jordan S. Friter, hereby certify that a true and correct copy of the Entry of Appearance of Jordan S. Friter was served on counsel listed below on 2/21/2020:

Samuel A. Youssof, Esquire
The Law Offices of Cottrell Solensky, P.A.
3 University Plaza Dr., Suite 500
Hackensack, NJ 07601
syoussof@cs-njnylawfirm.com
*Attorneys for Defendants Walmart Stores, Inc
and Walmart Stores East, L.P.*

**LAW OFFICES OF ROBERT A. STUTMAN, P.C**

Date: 2/21/2020

By: *Jordan S. Friter/s/*
Jordan S. Friter, Esquire; NJ 012902008
Law Offices of Robert A. Stutman, P.C.
500 Office Center Drive, Suite 301
Fort Washington, PA 19034
Phone: (215) 283-1177
Fax:    (215-283-1188
E-Mail: friterj@stutmanlaw.com
*Attorneys for Plaintiffs
James and Cynthia Groves*