UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JAMES AND CYNTHIA GROVES (h/w)**<br><br>                    Plaintiff,<br><br>v.<br><br>**WALMART STORES, INC. and WALMART STORES EAST, L.P.**,<br><br>                    Defendants. | CIVIL ACTION<br><br>Civil Action No. 18-13005<br><br><u>JURY TRIAL DEMANDED</u> |

**Defendant's Memorandum in Response to Plaintiff's Memorandum in Response to Defendant's Motion for Leave to File a Third Party Complaint Pursuant to R. 14(a)**

Motion Date: August 3, 2020

In Plaintiffs James and Cynthia Groves' ("Groves" or "Plaintiff") Memorandum in reply to Defendant, Walmart, Inc.'s ("Walmart" or "Defendant") Motion for Leave to File a Third-Party Complaint pursuant to R. 14(a), Plaintiff expressed a desire to "ensure that the matter proceeds expeditiously."

Plaintiff also requested that any Court Order granting leave to file a Third-party Complaint pursuant to R. 14(a) contain the following deadline dates:

1) Defendant is to file a third party complaint within **seven days** of the Court's order granting leave to Walmart to file a third-party complaint pursuant to R. 14(a);

2) Walmart is to **perfect service within 20 days** of such Order;

3) Walmart is to furnish the new party with complete copies of all written discovery and pre-trial disclosures **within 30 days** of the Order.

**I. Walmart Will Serve the Third-Party Complaint On HH Technologies Immediately After Receiving Permission To Do So:**

Walmart shares the Plaintiff's desire that this matter proceed expeditiously. Walmart has already drafted the Third-Party Complaint and has instructed its process server to serve the Complaint immediately upon receipt of the Court's Order granting it permission to do so.

Respectfully submitted,

**COTTRELL SOLENSKY, P.A.**

By: *Mark Chereshinsky*
 **Mark Chereshinsky, Esq.**

NJ Bar ID: 016842010
Cottrell Solensky, P.A.
3 University Plaza Drive, #500
Hackensack, NJ 07601
T: 973-643-1400 x 17
F: 973-643-1900
(mchereshinsky@cs-njnylawfirm.com)
**Our File No.: 25-17-260**
*Attorneys for Defendant Walmart, Inc.*