IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES AND CYNTHIA GROVES,<br><br>                                Plaintiffs,<br><br>vs.<br><br>WALMART STORES, INC.,<br><br>                                Defendant. | Civil Action No.:<br>3:18-cv-13005-BRM-ZNC<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |
| WALMART STORES EAST, L.P.,<br><br>                            **Third-Party Plaintiff,**<br><br>vs.<br><br>**HH TECHNOLOGIES, INC., THE CINCINNATI INSURANCE COMPANY,** **ABC Corporations 1-5** (fictitiously named business entities)**, XYZ Companies 1-5** (fictitiously named business entities)**, JOHN DOES 1-5** (fictitiously named individuals)**, LMN INSURANCE COMPANIES 1-5** (fictitiously named business entities),<br><br>                            **Third- Party Defendants.** | |

      The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the Third-Party Complaint be and it is hereby dismissed without prejudice and without cost as to Third-Party Defendants, HH Technologies, Inc. and the Cincinnati Insurance Company.

DATED:  October 30, 2020

| | |
|---|---|
| */s/ Christina M. Malamut*<br>Christina M. Malamut, Esq.<br>**COTTRELL SOLENSKY, P.A.**<br>*Attorneys for Defendant, Walmart Stores, Inc. and Third-Party Plaintiff, Walmart Stores East, L.P.* | */s/ Michelle D. Coburn* *(on consent)*<br>Michelle D. Coburn, Esq.<br>**WHITE AND WILLIAMS, LLP**<br>*Attorneys for Third-Party Defendant, HH Technologies, Inc.* |

*[signature]*

_____
Neil L. Sambursky
**PILLINGER MILLER TARALLO, LLP**
*Attorneys for Third-Party Defendant,*
*The Cincinnati Insurance Company*

Groves v. Walmart, et al.
Civ Action No. 3:18-cv-13005
Stipulation of Dismissal without Prejudice
Page 2 of 2