

Jordan Friter
Friterj@stutmanlaw.com

February 10, 2021

**VIA CM/ECF:**

Hon. Zahid N. Quraishi, USMJ
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
znq_orders@njd.uscourts.gov

**Re:    Groves et al. v. Walmart Stores, Inc. and Walmart Stores East, L.P.
            3:18-cv-13005-BRM-ZNC**

Dear Judge Quraishi:

As you may recall, discovery in this matter was placed on hold after Walmart filed a Third-Party Complaint seeking indemnity from HH Technologies, Inc. and The Cincinnati Insurance Company. This issue has now been resolved as Cincinnati has agreed to defend and indemnify Walmart, and counsel for Cincinnati, Verne A. Pedro of Fullerton Beck, LLP, recently entered his appearance. As such, counsel respectfully requests that a conference be scheduled at the Court's convenience to discuss new case management deadlines. Thank you for your time and consideration of this matter.

Very truly yours,

*Jordan S. Friter /s/*

Jordan S. Friter, Esq.
JF:ld

Cc:    Verne A Pedro, Esq. (counsel for Defendants)

Telephone status call is scheduled for 3/3/2021 at 12:30 pm. Counsel for the plaintiff shall initiate.
SO ORDERED:
s/ Zahid N. Quraishi, U.S.M.J.
Dated: 2/11/2021

**Stutman Law**
**National Home Office**
500 Office Center Dr., Suite 301, Fort Washington, PA 19034 · Phone 215.283.1177 · Fax 215.283.1188 · www.StutmanLaw.com

*Offices Nationwide*