| | |
|---|---|
| JAMES GROVE, et al., | : |
| Plaintiffs, | : UNITED STATES DISTRICT COURT<br>: DISTRICT OF NEW JERSEY |
| v. | : Civil Action No. 18-13005 (ZNQ) |
| WALMART STORES, INC., et al., | : ORDER |
| Defendants. | : |

**THIS MATTER** having come before the Court for a status conference on August 24, 2021; and the parties having requested additional time to complete discovery; and good cause appearing for the entry of this Order:

**IT IS on this  24th    day of  August, 2021**

**ORDERED THAT:**

1. **In order to facilitate the parties' efforts to timely conclude all outstanding discovery, the Clerk is directed to administratively terminate this action from the Court's active docket pending submission of the Scheduling Order described below.**

2. Counsel are directed to meet and confer in order to determine a schedule to complete the outstanding fact discovery including dates for the depositions of Defendant's corporate designee and any nonparty witnesses.

3. Counsel must submit a proposed Scheduling Order as well as a report concerning the status of Plaintiff's medical treatment to the Court **by September 10, 2021.**

4. The Court will conduct a telephone status conference **on September 13, 2021 at 3:30PM.** Plaintiffs' counsel must initiate the call to 609-989-2144.

5. The parties must confer at least 48 hours in advance of each Court appearance to confirm attendance and to review any matters to be discussed with the Court.

      s/ Douglas E. Arpert   
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**